UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Leslie Todd Ipock                                                                                                                      Docket No. 4:19-CR-15-1FL

**Petition for Action on Probation**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leslie Todd Ipock, who, upon an earlier plea of guilty to Theft or Receipt of Stolen Mail Matter, in violation of 18 U.S.C. § 1708, was sentenced by the Honorable Yvette Kane, U.S. District Judge for the Middle District of Pennsylvania, on August 21, 2018, to 24 months probation under the conditions adopted by the court.

Jurisdiction in this matter was transferred to the Eastern District of North Carolina on February 22, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 22, 2019, Ipock submitted to a urinalysis screening which was confirmed positive for cocaine by Alere Laboratories on February 27, 2019. Ipock was confronted with the positive results on March 4, 2019, at which time he denied using any illegal substances and signed a denial form stating same. Nevertheless, Ipock contends he is still willing to attend his current course of substance abuse treatment. Therefore, it is respectfully recommended that the defendant be placed on home incarceration and be monitored with Location Monitoring: Radio Frequency equipment for a period of 60 consecutive days. Additionally, it is also recommended that the defendant consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 60 consecutive days. The defendant shall be restricted to their residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: March 04, 2019 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_5th\_\_\_ day of \_\_\_March_____, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge